■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN MOLINA, Appellant. — Judgment, Supreme Court, New York County (Altman, J.), rendered on November 24, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sandler, J. P., Lupiano, Bloom, Fein and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v FRANK SPENCER. — Motion for reargument denied. Concur — Sullivan, Fein and Asch, JJ.

Kupferman, J. P., dissents under authority of *Matter of Benjamin S.* (55 NY2d 116).